AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Berenice Jimenez, *Plaintiff* <br> v. <br> Falko Bakery Shop Inc. and Joel Weissman, *Defendants* | Case No. 22 Civ. 5327 (BMC) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Berenice Jimenez

Date: 09/08/2022

*Attorney's signature*

Gianfranco J. Cuadra, GC3633
*Printed name and bar number*

Pechman Law Group PLLC
488 Madison Avenue, 17th Floor
New York, New York 10022
*Address*

cuadra@pechmanlaw.com
*E-mail address*

(212) 538-9500
*Telephone number*

(212) 409-8763
*FAX number*